UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McCABE, WEISBERG & CO WAY, P.C.
By: Alexandra T. Garcia, Esq., (Atty. I.D.# ATG4688)
216 Haddon Avenue., Suite 201
Westmont, J 08108
(856) 858-7080

In Re:

Charles R. Milillo, Jr.

Case No.:  15-23337-JNP

Chapter:  13

Hearing Date:  October 25, 2016

Judge:  Jerrold N. Poslusny

## ADJOURNMENT REQUEST

1. I, Alexandra Garcia,

   ☒ am the attorney for: Bayview Loan Servicing,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on Motion for Relief From Stay

   Current hearing date and time: 10/25/2016 at 10:00 AM

   New date requested: November 22, 2016

   Reason for adjournment request: Debtor is in a trial loan modification for the first mortgage, which will impact the pending Motion for Relief for the second mortgage.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: October 21, 2016                    Alexandra T. Garcia
                                          Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted      New hearing date: 11/22/16 at 10 am      ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.8/1/15*