UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McCABE, WEISBERG & CONWAY, P.C.
By: Alexandra T. Garcia, Esq., (Atty. I.D.# ATG4688)
216 Haddon Avenue., Suite 201
Westmont,  NJ 08108
(856) 858-7080

In Re:

Charles R. Milillo, Jr.

Case No.:   15-23337-JNP

Chapter:   13

Hearing Date:   March 7, 2017

Judge:   Jerrold N. Poslusny

## ADJOURNMENT REQUEST

1. I, Alexandra Garcia,

   ☒ am the attorney for: Bayview Loan Servicing,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on Motion for Relief From Stay

   Current hearing date and time: 3/7/2017 at 10:00 AM

   New date requested: 5/8/2017

   Reason for adjournment request: Debtor just finished making 3rd and final trial payment.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: March 3, 2017              Alexandra T. Garcia
                                 Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: 5/9/2017 at 10 am          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____          ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.8/1/15*