UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McCABE, WEISBERG & CONWAY, P.C.
By: Alexandra T. Garcia, Esq., (Atty. I.D.# ATG4688)
216 Haddon Avenue, Suite 201
Westmont, NJ 08108
(856) 858-7080
Attorney for Bayview Loan Servicing, LLC

In Re:

Charles R. Milillo, Jr.

Case No.: 15-23337-JNP

Chapter: 13

Hearing Date: May 9, 2017

Judge: Jerrold N. Poslusny

**ADJOURNMENT REQUEST**

1. I, Alexandra T. Garcia,

   ☒ am the attorney for: Bayview Loan Servicing, LLC,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Hearing on Motion for Relief From Stay filed at Docket No. 39

   Current hearing date and time: 5/9/2017 @ 10:00 AM

   New date requested: 7/18/2017 @10:00 AM

   Reason for adjournment request: Additional time is needed to finalize the permanent loan modification.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 5, 2017                    /s/ Alexandra T. Garcia, Esq.
                                     Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 7/18/2017 at 10 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

2

*new.8/1/15*