Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 15−23337−JNP
        Chapter: 13
        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles R. Milillo Jr.
   76 Woodhaven Way
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6226

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:    9/21/17
Time:    02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
Fees: $1000.00

EXPENSES
Expenses: $16.19

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 14, 2017
JAN:

                                       Jeanne Naughton
                                       Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 15-23337-JNP
Charles R. Milillo, Jr.                                             Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Aug 14, 2017
                               Form ID: 137                 Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
db            +Charles R. Milillo, Jr.,    76 Woodhaven Way,    Sicklerville, NJ 08081-9254
cr            +BAYVIEW LOAN SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                Suite 100,   Mt. Laurel, NJ 08054-3437
cr            +BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LI,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437
cr            +Township of Winslow,    c/o Platt & Riso, P.C.,    40 Berlin Road,    Stratford, NJ 08084-1404
515625473      Atltanticare Urgent Care Physicians,    PO Box 15736,    Loves Park, IL 61132-5736
515880418     +BAYVIEW LOAN SERVICING, LLC, A DELAWARE et.al.,     BAYVIEW LOAN SERVICING, LLC,
                4425 PONCE DE LEON BOULEVARD,    5TH FLOOR,    CORAL GABLES, FL 33146-1837
515625474      Bank of America Loan Servicing,    PO Box 15222,    Wilmington, DE 19886-5222
515625475     +CCMUA,    Po Box 1105,   Bellmawr, NJ 08099-5105
515625476     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court: Citi Cards,     PO Box 183113,   Columbus, OH 43218-3113)
515898255     +Camden County MUA,    1645 Ferry Avenue,    Camden, NJ 08104-1311
515625478     +City of Philadelphia,    Department of Revenue,    PO Box 806,    Philadelphia, PA 19105-0806
515625480      South Jersey Gas,    attn Mrs. Flemming,    PO Box 6091,   Bellmawr, NJ 08099-6091
515631080      Township of Winslow,    c/o Platt & Riso, P.C.,    40 Berlin Avenue,    Berlin, New Jersey 08084
515842606     +WELLS FARGO BANK, N.A.,    F8235-02F,    PO BOX 10438,   DES MOINES, IA 50306-0438
515839927     +Wells Fargo Card Services,    1 Home Campus 3rd Floor,    Des Moines, IA 50328-0001
515625482     #Wells Fargo Card Services,    PO Box 6422,    Carol Stream, IL 60197-6422
515752602      eCAST Settlement Corporation, assignee,     of Citibank, N.A.,    POB 29262,
                New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2017 23:10:35      U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2017 23:10:32      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
cr             E-mail/Text: bankruptcy@phila.gov Aug 14 2017 23:10:57     City of Philadelphia,
                c/o Pamela Elchert Thurmond,    1401 John F. Kennedy Blvd., Room 580,
                Municipal Services Building,    Philadelphia, PA  19102
515625472     +E-mail/Text: bankruptcy@pepcoholdings.com Aug 14 2017 23:10:13      Atlantic City Electric,
                PO Box 13610,   Philadelphia, PA 19101-3610
515640627      E-mail/Text: bankruptcy@pepcoholdings.com Aug 14 2017 23:10:13
                Atlantic City Electric Company,    Pepco Holdings, Inc.,
                Bankruptcy Division, Mail Stop: 84CP42,     5 Collins Drive, Suite 2133,
                Carneys Point, NJ 08069-3600
515625479     +E-mail/Text: equiles@philapark.org Aug 14 2017 23:11:20      City of Philadelphia,
                Parking Violations Branch,    c/o LCD Collection Systems,    PO Box 41818,
                Philadelphia, PA 19101-1818
515625477      E-mail/Text: equiles@philapark.org Aug 14 2017 23:11:19      City of Philadelphia,
                PO Box 41818,    Philadelphia, PA 19101-1818
515729971     +E-mail/Text: equiles@philapark.org Aug 14 2017 23:11:20      Philadelphia Parking Authority,
                701 Market Street, Ste 5400,    Philadelphia, PA 19106-2895
515625481     +E-mail/Text: chegyi@winslowtownship.com Aug 14 2017 23:10:35      Township of Winslow,
                Municipal Utilities,    125 South Route 73,    Braddock, NJ 08037-9423
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Aug 14, 2017
                              Form ID: 137             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 11, 2017 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com
          Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY NJECFMAIL@mwc-law.com
          Andrew L. Spivack    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com
          Andrew L. Spivack    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY nj.bkecf@fedphe.com
          Celine P. Derkrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC njecfmail@mwc-law.com
          Celine P. Derkrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED
           LIABILITY COMPANY njecfmail@mwc-law.com
          CherylLynn Walters    on behalf of Creditor    Township of Winslow cwalters@prlawoffice.com
          Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric Clayman    on behalf of Debtor Charles R. Milillo, Jr. jenkins.clayman@verizon.net
          Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Jeffrey E. Jenkins    on behalf of Debtor Charles R. Milillo, Jr. jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov,
           James.Feighan@phila.gov
                                                                                             TOTAL: 14
```