| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on September 21,<br>2017 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>Charles Milillo<br>Debtor | Case No:   15-23337<br><br>Chapter:    13<br><br>Judge:      JNP |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 21, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $___900.00_____ for services rendered and expenses in the amount of $___16.19_____ for a total of $___916.19_____.  The allowance shall be payable:

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the foresaid fee.

**ADDENDUM TO ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

    **IT IS FURTHER ORDERED** that the Supplemental Chapter 13 Fees are reduced for the following reason(s):

[X] The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows for Additional court appearances - Not to exceed three.

[ ] The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $300 for filing and appearance on a modified Chapter 13 Plan, not $300 for each action.

[ ] The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $100 for Preparation and filing of Amendments to Schedules D, E, F, G, H $100.00 or List of Creditors, not $100 each.

[ ] The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $100 for preparation and filing of other amended schedules such as Schedules I and J, not for $100.00 each.