| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

| **JENKINS & CLAYMAN** |
| Eric J Clayman, Esquire |
| 412 White Horse Pike |
| Audubon, NJ 08106 |
| (856) 546-9696 |
| Attorneys for the Debtor |

In Re:

       Charles Milillo
           Debtor

Case No: 15-23337

Chapter: 13

Judge: JNP

**Order Filed on September 21, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 21, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 15-23372-JNP    Doc 55   Filed 09/23/18   Entered 09/24/18 00:40:45   Desc Imaged
                     Certificate of Notice    Page 2 of 4

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Jenkins & Clayman_____, the applicant is allowed a fee of $__700.00_____ for services rendered and expenses in the amount of $__16.19_____ for a total of $___716.19_____. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____n/a_____ per month for _____n/a_____ months to allow for payment of the foresaid fee.

**ADDENDUM TO ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

      **IT IS FURTHER ORDERED** that the Supplemental Chapter 13 Fees are reduced for the following reason(s):

    [X] The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows for Additional court appearances - Not to exceed three.

    [ ] The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $300 for filing and appearance on a modified Chapter 13 Plan, not $300 for each action.

    [ ] The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $100 for Preparation and filing of Amendments to Schedules D, E, F, G, H $100.00 or List of Creditors, not $100 each.

    [ ] The Court's Mandatory Local Form Certification Of Debtor's Counsel Supporting Supplemental Chapter 13 Fee allows $100 for preparation and filing of other amended schedules such as Schedules I and J, not for $100.00 each.

United States Bankruptcy Court
District of New Jersey

In re:  
Charles R. Milillo, Jr.  
    Debtor

Case No. 15-23337-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 21, 2017  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.  
db          +Charles R. Milillo, Jr.,    76 Woodhaven Way,    Sicklerville, NJ 08081-9254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:

         Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com  
         Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY NJECFMAIL@mwc-law.com  
         Andrew L. Spivack    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY nj.bkecf@fedphe.com  
         Andrew L. Spivack    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
         Celine P. Derkrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY njecfmail@mwc-law.com  
         Celine P. Derkrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC njecfmail@mwc-law.com  
         CherylLynn Walters    on behalf of Creditor    Township of Winslow cwalters@prlawoffice.com  
         Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Eric Clayman    on behalf of Debtor Charles R. Milillo, Jr. jenkins.clayman@verizon.net  
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
         Jeffrey E. Jenkins    on behalf of Debtor Charles R. Milillo, Jr. jenkins.clayman@verizon.net, jenkins.clayman@verizon.net  
         Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov, James.Feighan@phila.gov

                                                                                                                                                              TOTAL: 14