| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**Jenkins & Clayman**<br>Eric J Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorney for Debtor |
| In Re:<br><br>Charles R. Milillo, Jr.<br><br>debtors |

Case No.:      15-23337

Judge:      JNP

Chapter:      13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.     ☒    Motion for Relief from the Automatic Stay filed by <u>Santander Consumer USA, Inc.</u>, creditor.

   A hearing has been scheduled for <u>December 17, 2019</u>, at <u>10:00 a.m</u>.

   ☐    Motion to Dismiss filed by the Standing Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐    Certification of Default filed by _____.

   I am requesting a hearing be scheduled in this matter.

2.     I am objecting to the above for the following reasons **(choose one)**:

   ☐    Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support of attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):

I fell a bit behind in my payments because my overtime was cut at work. I am now a manager making more money and I again am getting overtime. Therefore, I can cure the delinquency and resume regular payments. In fact, the certification by the bank says I'm due $1,099.18 as of November 11, 2019. I made a payment of $350.00 on November 15, 2019 so the arrears now are actually $749.18. I am going to begin making additional payments of $100.00 a month until the arrears are paid in full.

3. I certify under penalty of perjury that the above is true.

Date: December 10, 2019          /s/ Charles R. Milillo, Jr.
                                 Debtor's Signature

Date:                            
                                 Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*