UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

50254

Morton & Craig LLC
William E. Craig, Esquire
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

Order Filed on January 7, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CHARLES R. MILILLO, JR.

Case No. 15-23337

Adv. No.

Hearing Date: 12-17-19

Judge: (JNP)

# ORDER FOR ARREARAGE CURE, MONTHLY PAYMENTS, STAY RELIEF UNDER CERTAIN CIRCUMSTANCES, COUNSEL FEES, AND INSURANCE

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: January 7, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Charles R. Milillo, Jr.
Case No: 15-23337
Caption of Order: Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

This matter having brought before this Court on a Motion For Stay Relief filed by John R. Morton, Jr., Esq., attorney for Santander Consumer USA Inc. ("Santander"), with the appearance of Eric Clayman, Esq. on behalf of the Debtor, and this Order having been filed with the Court and served upon the Debtor and his attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Santander is the holder of a first purchase money security interest encumbering a 2013 Nissan Altima bearing vehicle identification number 1N4AL3APXDN429802.**
2. **That the Debtor's account has post-petition arrears through December 2019 in the amount of $1,449.04.**
3. **That the Debtor is to cure the arrears set forth in paragraph two (2) above as follows:**
    a. **The Debtor is to make a regular monthly payment of $349.93 by December 31, 2019 or Santander shall be entitled to stay relief upon filing a certification of non-payment with the Court and serving it on the Debtor, his attorney, and the Chapter 13 Trustee.**
    b. **Following the payment set forth in paragraph 3(a) above, the Debtor is to cure the remaining arrears by making his regular monthly payment of $349.93 plus an additional $219.82 (for a total monthly payment of $569.75) for the months of January through May 2020.**

**(Page 3)**
Debtor: Charles R. Milillo, Jr.
Case No: 15-23337
Caption of Order:  Order for arrearage cure, monthly payments, stay relief under certain circumstances, counsel fees, and insurance.

4. **That commencing January 2020, if the Debtor fails to make any payment to Santander within thirty (30) days after a payment falls due, Santander shall be entitled to stay relief upon filing a certification with the Court and serving it on the Debtor, his attorney, and the Chapter 13 Trustee.**
5. **That the Debtor must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander Consumer USA must be listed as loss payee.  If the Debtor fails to maintain valid insurance on the vehicle, Santander shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the Debtor, his attorney, and the Chapter 13 Trustee.**
6. **That the Debtor is to pay a counsel fee of $431.00 to Santander Consumer USA Inc. through his chapter 13 plan.**

United States Bankruptcy Court
District of New Jersey

In re:  
Charles R. Milillo, Jr.  
    Debtor

Case No. 15-23337-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Jan 08, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2020.  
db          +Charles R. Milillo, Jr.,    76 Woodhaven Way,    Sicklerville, NJ 08081-9254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2020                Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2020 at the address(es) listed below:

     Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
     Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
     Andrew L. Spivack    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY nj.bkecf@fedphe.com  
     Andrew L. Spivack    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
     Celine P. Derkrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY njecfmail@mwc-law.com  
     Celine P. Derkrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC njecfmail@mwc-law.com  
     Denise E. Carlon    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Eric Clayman    on behalf of Debtor Charles R. Milillo, Jr. jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
     Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
     Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
     Jeffrey E. Jenkins    on behalf of Debtor Charles R. Milillo, Jr. jenkins.clayman@verizon.net, connor@jenkinsclayman.com  
     John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
     Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Pamela Elchert Thurmond    on behalf of Creditor    City of Philadelphia Pamela.Thurmond@phila.gov, Karena.Blaylock@phila.gov  
     Stuart A. Platt    on behalf of Creditor    Township of Winslow platt@prlawoffice.com  
                TOTAL: 15