| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on January 31, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>debtor    Charles Milillo Jr. | Case No.:    15-23337<br><br>Chapter:    13<br><br>Hearing Date:    12/17/2019<br><br>Judge:    JNP |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: January 31, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Jenkins & Clayman_____, the applicant, is allowed a fee of $785.00     for services rendered and expenses in the amount of $ 8.74     for a total of $ 793.74 .  [ The allowance is payable:

   X\_ through the Chapter 13 plan as an administrative priority.

   \_\_\_ outside the plan.

The debtor's monthly plan is modified to require a payment of $  676.00   per month for  6  months to allow for payment of the above fee.