Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 15−23337−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles R. Milillo Jr.
   76 Woodhaven Way
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−6226

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☑ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐    An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

    If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: May 14, 2021
JAN: lgr

                                                                 Jeanne Naughton
                                                                 Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Charles R. Milillo, Jr.  
    Debtor

Case No. 15-23337-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: May 14, 2021 | Form ID: cscnodsc | Total Noticed: 27 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles R. Milillo, Jr., 76 Woodhaven Way, Sicklerville, NJ 08081-9254 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LI, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Santander Consumer USA Inc., PO Box 961245, Fort Worth, TX 76161-0244 |
| cr | + | Township of Winslow, c/o Platt & Riso, P.C., 40 Berlin Road, Stratford, NJ 08084-1404 |
| 515625473 | | Atltanticare Urgent Care Physicians, PO Box 15736, Loves Park, IL 61132-5736 |
| 515880418 | + | BAYVIEW LOAN SERVICING, LLC, A DELAWARE et.al., BAYVIEW LOAN SERVICING, LLC, 4425 PONCE DE LEON BOULEVARD, 5TH FLOOR, CORAL GABLES, FL 33146-1837 |
| 515625474 | | Bank of America Loan Servicing, PO Box 15222, Wilmington, DE 19886-5222 |
| 515625475 | + | CCMUA, Po Box 1105, Bellmawr, NJ 08099-5105 |
| 515898255 | + | Camden County MUA, 1645 Ferry Avenue, Camden, NJ 08104-1311 |
| 515625478 | + | City of Philadelphia, Department of Revenue, PO Box 806, Philadelphia, PA 19105-0806 |
| 515625480 | | South Jersey Gas, attn Mrs. Flemming, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 515631080 | | Township of Winslow, c/o Platt & Riso, P.C., 40 Berlin Avenue, Berlin, New Jersey 08084 |
| 515842606 | + | WELLS FARGO BANK, N.A., F8235-02F, PO BOX 10438, DES MOINES, IA 50306-0438 |
| 515839927 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 515625482 | | Wells Fargo Card Services, PO Box 6422, Carol Stream, IL 60197-6422 |
| 515752602 | | eCAST Settlement Corporation, assignee, of Citibank, N.A., POB 29262, New York, NY 10087-9262 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 14 2021 21:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 14 2021 21:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: megan.harper@phila.gov | May 14 2021 21:24:00 | City of Philadelphia, c/o Pamela Elchert Thurmond, 1401 John F. Kennedy Blvd., Room 580, Municipal Services Building, Philadelphia, PA 19102 |
| 515625472 | + | Email/Text: bankruptcy@pepcoholdings.com | May 14 2021 21:23:00 | Atlantic City Electric, PO Box 13610, Philadelphia, PA 19101-3610 |
| 515640627 | | Email/Text: bankruptcy@pepcoholdings.com | May 14 2021 21:23:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop: 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 515625476 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2021 21:40:14 | Citi Cards, PO Box 183113, Columbus, OH 43218-3113 |
| 515625479 | + | Email/Text: bankruptcy@philapark.org | May 14 2021 21:25:00 | City of Philadelphia, Parking Violations Branch, c/o LCD Collection Systems, PO Box 41818, Philadelphia, PA 19101-1818 |
| 515625477 | | Email/Text: bankruptcy@philapark.org | | |

| | | | |
|---|---|---|---|
| District/off: 0312-1 | | User: admin | Page 2 of 3 |
| Date Rcvd: May 14, 2021 | | Form ID: cscnodsc | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | May 14 2021 21:25:00 | City of Philadelphia, PO Box 41818, Philadelphia, PA 19101-1818 |
| 515729971 | + | Email/Text: bankruptcy@philapark.org | May 14 2021 21:25:00 | Philadelphia Parking Authority, 701 Market Street, Ste 5400, Philadelphia, PA 19106-2895 |
| 515625481 | + | Email/Text: chegyi@winslowtownship.com | May 14 2021 21:24:00 | Township of Winslow, Municipal Utilities, 125 South Route 73, Braddock, NJ 08037-9423 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 16, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Alexandra T. Garcia | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Celine P. Derkrikorian | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC njecfmail@mwc-law.com |
| Celine P. Derkrikorian | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC, A DELAWARE LIMITED LIABILITY COMPANY njecfmail@mwc-law.com |
| Denise E. Carlon | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Clayman | on behalf of Debtor Charles R. Milillo  Jr. mail@jenkinsclayman.com, connor@jenkinsclayman.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Charles R. Milillo  Jr. mail@jenkinsclayman.com, connor@jenkinsclayman.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Joshua I. Goldman | on behalf of Creditor BANK OF AMERICA  N.A. josh.goldman@padgettlawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: May 14, 2021 | Form ID: cscnodsc | Total Noticed: 27 |

Pamela Elchert Thurmond
    on behalf of Creditor City of Philadelphia Pamela.Thurmond@phila.gov Karena.Blaylock@phila.gov

Stuart A. Platt
    on behalf of Creditor Township of Winslow platt@theplattlawgroup.com

TOTAL: 13